# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

MCALLEN DIVISION

FEB 2 5 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | | CRIMINAL COMPLAINT |
|---|---|---|
| V. | | |

| | | | United States | | Case Number: |
|---|---|---|---|---|---|
| Evelina Irasema Bermea | | *PRINCIPAL* | | | **M-15-0296-M** |
| **A206 901 951** | YOB: | **1984** | | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 24, 2015** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,

(*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact that Carlos Enrique Perez, citizen and national of Guatemala, and Julio Enrique Cordova-Rodriguez, citizen and national of El Salvador, and four (4) other undocumented aliens for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens by foot in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On February 24, 2015, at approximately 6:00 am, Border Patrol Agents Jose Gonzalez and Miguel Zaldumbide parked their unmarked service vehicle on Avalaso Street in Rio Grande City, Texas. The agents had reason to expect illegal alien activity in the area due to recent sensor activations. The south end of Avalaso Street is commonly used as a pick up point for transporting aliens, and the agents had a clear view of the end of that street.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

Approved to file Kimberly Ann Lee
AUSA

Sworn to before me and subscribed in my presence,

Derek Conrow        Senior Patrol Agent
Printed Name of Complainant

| February 25, 2015 | 8:53 am | at | McAllen, Texas |
|---|---|---|---|
| Date | | | City and State |

Peter E. Ormsby , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-0296-M

**RE:**     **Evelina Irasema Bermea**          **A206 901 951**

## CONTINUATION:

Agents noticed a white F-150 making several passes up and down Avalaso Street, as well as some of the side streets off of Avalaso Street. Since Avalaso Street is a dead end street, agents became suspicious of the vehicle being used to scout the area.

Shortly after the white F-150 left the area, a maroon F-150 appeared and drove all the way south to the dead end of Avalaso Street. The driver of the vehicle, later identified as Evelina Irasema BERMEA, backed up the pick up to end of the street, exited the truck, and started walking north up the street on her cell phone. Agents in marked units converged on the area, and BERMA started to run. She was apprehended very close to the truck, and told agents she was a United States Citizen.

Also, at the time agents were converging on the scene, they noticed several people who were previously attempting to load into the F-150, and were now attempting to abscond. Agents apprehended 6 subjects who had attempted to load into the F-150, but absconded when they saw the marked Border Patrol units. All 6 admitted to being in the United States illegally.

**NOTE:** While BERMEA was attempting to abscond on foot, agents noticed a Chevrolet Silverado appearing to try and pick up BERMEA. The driver of the Silverado was not successful and left the area and was not found.

## PRINCIPAL'S STATEMENT:

Evelina Irasema BERMEA was read her rights. She stated she was willing to provide a statement without the presence of an attorney.

BERMEA told agents that she was in Rio Grande City at approximately 6:00 am to drop off a truck behind the COD Auto Parts Store. She was told to drop of the truck by an unknown individual in Mexico so that a man she knows as Huevo could pick the truck. Huevo was supposed to transport approximately 15 undocumented aliens to an unknown location. BERMEA also told agents she was not going to do this job for a mere $200; she was going to be paid $2,000. Additionally, she claims to have done this exact job before on two previous occasions; in Roma on Loma Blanca Road, and once on Las Escobas Road. BERMEA also referenced the Chevrolet Silverado in her statement. She stated it was there to pick her up after dropping off the F-150.

## MATERIAL WITNESSES' STATEMENTS:

All the material witnesses were read their Miranda rights. All stated they were willing to provide statements without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-15-0296-M**

**RE:**     **Evelina Irasema Bermea**                    **A206 901 951**

## CONTINUATION:

1- Carlos Enrique Perez told agents he made arrangements in Mexico to be smuggled into the United States and was to pay $1000.00. After crossing the Rio Grande River on February 24, 2015, PEREZ was told by the rafter to continue walking until his group reached a gate. At the gate a truck would be waiting to pick them up. Upon crossing the gate and reaching the truck they were apprehended by agents.

2- Julio Enrique Cordova-Rodriguez told agents his cousin who lives in Houston, Texas made his arrangements to be smuggled into the United States and was to pay $6000.00 of which his cousin had already paid an unknown amount. After crossing the Rio Grande River on February 24, 2015, CORDOVA states the rafter walked his group of nine subjects to a gate and told them a truck would be waiting to pick them up. After they reached the gate, CORDOVA stated the rafter yelled he saw immigration agents, and told them to hide, at which time they were apprehended.